IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JOHN QUAMAINE PEDEN,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Civil No. 3:24cv23 (DJN)

M. CHOPP, *et al.*,
    Defendants.

## MEMORANDUM OPINION

On January 23, 2024, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on March 12, 2024, (ECF No. 9), the Court directed Plaintiff to pay an initial partial filing fee of $3.80 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Final Order shall issue.

                                                 /s/
                                      David J. Novak
                                      United States District Judge

Richmond, Virginia
Dated: April 18, 2024